| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CR 99-67-1 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR 06 0120 MHP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEEE: | DISTRICT | DIVISION |
|---|---|---|
| Cesar Galvan | NORTHERN DISTRICT OF IOWA | Eastern (Dubuque) |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | The Honorable Michael J. Melloy |

| E-filing | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 12/30/2005 | TO 12/29/2009 |
|---|---|---|---|

OFFENSE

21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Methamphetamine

21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Marijuana

FILED
FEB 24 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF IOWA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California (Santa     upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-15-06     _____
Date            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-17-06     _____
Date            United States District Judge

MHP